IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR DENDERUK, <br><br> Plaintiff, <br><br> v. <br><br> STATE OF CALIFORNIA, UNITED STATES OF AMERICA, DEPARTMENT OF THE INTERIOR, and BUREAU OF RECLAMATION, <br><br> Defendants. | 02:09-cv-00959-GEB-KJM <br><br> <u>ORDER REMANDING PLAINTIFF'S CASE AGAINST THE STATE OF CALIFORNIA</u> |

On May 20, 2009 Plaintiff and Defendant, the State of California, stipulated to dismiss Plaintiff's case against the State of California, without prejudice, and that Plaintiff shall have 30 days from entry of the Stipulation for Dismissal ("Stipulation") to re-file the action against the State of California in the Superior Court of the State of California, County of Placer.

The parties appear to agree that the State of California cannot be sued in federal court for the claims at issue, and the record reveals those claims cannot be prosecuted against the State of California in federal court without the State of California's

| | |
|---|---|
| 1 | consent, which the State of California has not given.  Therefore, |
| 2 | Plaintiff's case against the State of California is remanded to the |
| 3 | Superior Court of the State of California located in the County of |
| 4 | Placer.  <u>See</u> 28 U.S.C. § 1441(c)(stating the district court has |
| 5 | discretion to "remand all matters in which State law |
| 6 | predominates.").  Because of this remand order, the caption in this |
| 7 | action shall no longer include the State of California. |
| 8 | Dated:  May 21, 2009 |

_____
GARLAND E. BURRELL, JR.
United States District Judge